UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DAVID SMITH,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL FISHER, et al.,<br><br>      Defendants. | Case No.  26-cv-01212-AGT<br><br>**ORDER RE: SCREENING ORDER**<br>**AND CHANGE OF ADDRESS**<br><br>Re: Dkt. Nos. 6, 8 |

The Court requests that the Clerk of the Court update Plaintiff's address in CM/ECF.

His new mailing address is 2150 Dwight Way, Berkeley, CA 94704. Dkt. 8 at 1.

It is conceivable that Plaintiff moved and amended his complaint before receiving a

copy of the Court's screening order. Dkt. 6. The Court therefore asks the Clerk of the Court

to mail a copy of the screening order and this order to Plaintiff's new address. The Court

extends the deadline for Plaintiff to respond to the screening order to April 10, 2026.

    **IT IS SO ORDERED.**

Dated: March 20, 2026

Alex G. Tse
United States Magistrate Judge