UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DAVID SMITH,<br>Plaintiffs,<br>v.<br>MICHAEL FISHER, et al.,<br>Defendants. | Case No. 26-cv-01212-AGT<br><br>**REPORT AND RECOMMENDATION** |

Jude David Smith hasn't filed a third amended complaint and the deadline by which to do so has passed. *See* Second Screening Order, Dkt. 21 at 2 (giving Smith until July 17, 2026, to file a third amended complaint). The Clerk of Court shall reassign Smith's case to a district judge. For the reasons articulated in the prior screening orders (dkts. 6, 21), the undersigned recommends that the newly assigned district judge dismiss Smith's complaint, without leave to amend, for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

Smith may object to this recommendation but must do so within fourteen days of receiving a copy of it. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

**IT IS SO ORDERED.**

Dated: August 11, 2026

Alex G. Tse
United States Magistrate Judge