UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDE DAVID SMITH,

Plaintiff,

v.

MICHAEL FISHER, et al.,

Defendants.

Case No. 26-cv-01212-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**RE: DKT. NO. 24**

The Court has reviewed Magistrate Judge Tse's Report and Recommendation. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Smith's complaint, is DISMISSED without leave to amend, for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk is directed to enter judgment in favor of Defendants Michael Fisher, Tenant A at 1405 Caroline St., Tenant B at 1405 Caroline St., Tenant C at 1405 Caroline St., Donne Fisher, and Miguel Ortiz and against Plaintiff Jude David Smith, and to close the file.

**IT IS SO ORDERED.**

Dated: September 3, 2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California