United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DAVID SMITH,<br>Plaintiff,<br>v.<br>MICHAEL FISHER, et al.,<br>Defendants. | Case No. 26-cv-01212-HSG<br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Adopting Magistrate Judge's Report and Recommendation,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 3rd day of September, 2026.

Mark B. Busby
Clerk of Court

By: ______________________________
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.